**UNITED STATES v. ALL AMERICAN AIRWAYS, Inc.**

**No. 12347.**

United States Court of Appeals, Ninth Circuit.

Feb. 17, 1950.

Rehearing Denied April 4, 1950.

7. 26 U.S.C.A. § 23 (k) (1).

8. United States v. Beckman, 3 Cir., 104 F.2d 260, certiorari denied, sub nom.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, Harry Marselli, and Irving I. Axelrad, Sp. Assts. to Atty. Gen., Ernest A. Tolin, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., Los Angeles, Cal. for the United States.

Guthrie, Darling & Shattuck, Los Angeles, Cal. (Hale, Stimson & Russell, New York City, of counsel), for appellee.

Before MATHEWS, STEPHENS and ORR, Circuit Judges.

PER CURIAM.

This appeal is from a consent judgment— a judgment which was consented to by appellant and appellee, and which the District Court had jurisdiction to render. Such a judgment is not reversible. Pacific R. R. v. Ketchum, 101 U.S. 289, 295, 25 L.Ed. 932; United States v. Babbitt, 104 U.S. 767, 768, 26 L.Ed. 921; Ballot v. United States, 1 Cir., 171 F. 404, 405; Curry v. Curry, 65 App.D.C. 47, 79 F.2d 172, 174; In re 4145 Broadway Hotel Co., 7 Cir., 100 F.2d 7, 8. See, also, Nashville, C. & St. L. Ry. Co. v. United States, 113 U.S. 261, 266, 5 S.Ct. 460, 28 L.Ed. 971; Swift & Co. v. United States, 276 U.S. 311, 327, 48 S.Ct. 311, 72 L.Ed. 587. The judgment appealed from is therefore affirmed.